

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-17-00379-CV

**IN RE TEXAS REAL ESTATE COMMISSION**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Real party in interest Ben Luong's motion for leave to file a reply to Evan Jacobson's response to the mandamus petition is GRANTED. The reply must be filed *within ten (10) days* from the date of this order.

It is so **ORDERED** on July 27, 2017.

PER CURIAM

ATTESTED TO: _____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2016-CI-03723, styled *Evan Jacobson v. Ben Luong*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.